IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.  05-3154 |
| A & M INTERNATIONAL, INC., | ) ) ) | |
| Defendant. | ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause coming to be heard on Plaintiffs' Motion for Default Judgment, and the Court having reviewed said Motion and other pleadings, and the Complaint having been duly filed and served upon the Defendant, A & M INTERNATIONAL, INC., and the Defendant having failed to answer or otherwise plead within the statutory time frame, the Plaintiffs are hereby awarded a Default Judgment against the Defendant, A & M INTERNATIONAL, INC., as follows:

   A.   Judgment is entered in favor of the Plaintiffs and against the Defendant for an accounting to be taken by the Plaintiffs for the period

from January 1, 1999 to the present, as to wages received and hours worked by Defendant's employees to determine any amounts required to be paid by the Defendant to the Plaintiffs;

      B.   That the Defendant is ordered to pay the Plaintiffs $19,065.07 representing delinquent contributions for the period March - August 2005, and further, any unpaid contributions and liquidated damages unpaid at the time Judgment is rendered;

      C.   The Defendant is ordered to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs all required contribution reports and payments;

      D.   The Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $4,673.75, as provided in 29 U.S.C. § 1132(g)(2); and

      E.   The Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER:   February 27, 2006.

      FOR THE COURT:

                              s/ Jeanne E. Scott
                              JEANNE E. SCOTT
                              UNITED STATES DISTRICT JUDGE